ALD-209
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **22-1431**

MUHAMMAD LEACH, Appellant

VS.

KATHLEEN BISCOE; ET AL.

(M.D. Pa. Civ. No. 4-20-cv-01429)

Present:        RESTREPO, Circuit Judge

Submitted is appellant's motion for appointment of counsel,

in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

Appellant's motion for appointment of counsel is granted. See Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993). The Clerk will request counsel to represent appellant on appeal and will issue a new briefing schedule at an appropriate time. In addition to such other issues as the parties may wish to raise in their briefs, the parties are directed to address two issues regarding appellant's claim that Diana Daya retaliated against him for filing a grievance by issuing an unfounded misconduct charge. Those issues are (1) whether the District Court erred by raising the issue of exhaustion on this claim sua sponte without giving appellant notice and a chance to respond, see Fed. R. Civ. P. 56(f)(2), and (2) whether administrative remedies were available as to this claim under DC-ADM 801, DC-ADM 804, or otherwise, see, e.g., Grisby v. McBeth, 810 F. App'x 136, 138 n.1 (3d Cir. 2020) (not precedential). For the parties' information, we note that a similar exhaustion issue may be presented in the appeal pending at Saleem v. Brungart, C.A. No. 20-1610.

By the Court,

s/ L. Felipe Restrepo
Circuit Judge

Dated: September 26, 2022
NMB/cc:　　Muhammad Leach
　　　　　　Michael Fazio, Esq.
　　　　　　Will W. Sachse, Esq.
　　　　　　Tara J. Wikhian, Esq.